# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# DOCKET NO.: 5:06CR35

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff ) | |
| vs. ) | |
| ) | **ORDER** |
| (11) ROBERT PAUL CANNON, ) | |
|     Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motion to Withdraw Notice of Intention to Seek Enhanced Penalties filed by the government on September 9, 2006 (Document No. 133). For good cause shown, the Motion is hereby **GRANTED**, and the government's notice of intention to seek enhanced penalties pursuant to 21 U.S.C. §851 is deemed withdrawn.

Signed: September 15, 2006

David C. Keesler
United States Magistrate Judge